IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MADGA I. REYES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:23-CV-2026-D |
| VS. | § | |
| | § | |
| FIESTA MART, L.L.C., | § | |
| Defendant. | § | |

## **JUDGMENT**

For the reasons set out in an order filed today, it is ordered and adjudged that this action is dismissed without prejudice.

Taxable costs of court, as calculated by the clerk of court, are assessed against plaintiff.

Done at Dallas, Texas December 11, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE