**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **MAGDA I. REYES** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 3:23-CV-2026-D** |
| § | |
| **FIESTA MART, LLC., d/b/a** § | |
| **FIESTA MART** § | |
| § | |
| **Defendant.** § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U. S. DISTRICT JUDGE:

COMES NOW Plaintiff MAGDA I. REYES, and Defendant FIESTA MART, LLC, and pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), file this Joint Stipulation of Dismissal With Prejudice, demonstrating to the Court as follows:

**I.**

Plaintiff no longer desires to pursue her claims against Defendant.

**II.**

Plaintiff and Defendant, who together constitute all parties to this action, move this Honorable Court to enter its order dismissing this action with prejudice, taxing costs and attorney fees against the party who incurred those fees and costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this Court enter its order dismissing this action with prejudice and assessing costs and attorney fees against the party incurring those costs and fees.

Respectfully submitted,

**MEHAFFYWEBER, P.C.**

By: */s/ Maryalyce W. Cox*
        Maryalyce W. Cox
        State Bar No. 24009203
        One Allen Center
        500 Dallas, Suite 2800
        Houston, Texas 77002
        Office: (713) 655-1200
        Facsimile: (713) 655-0222
        maryalycecox@mehaffyweber.com

**ATTORNEY FOR DEFENDANT**

**and**

The Law Offices of Jeremy W. McKey, PLLS

By: /s/ Jeremy McKey
        Jeremy W. McKey
        State Bar No. 24053353
        5899 Preston Rd, Suite 203
        Frisco, Texas 75034
        Telephone (214) 855-8788
        Fax (888) 638-1552
        eservicejmckeylawfirm@gmail.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     I certify that on October 4, 2024 a true and correct copy of the Notice of Settlement was served according to the Federal Rules of Civil Procedure by ECF/ECM notice of electronic filing:

                */s/ Maryalyce W. Cox*
                Maryalyce W. Cox