# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **MAGDA I. REYES** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| § | |
| **V.** § | **CIVIL ACTION NO. 3:23-CV-2026-D** |
| § | |
| **FIESTA MART, LLC., d/b/a** § | |
| **FIESTA MART** § | |
| § | |
| **Defendant.** § | |

## ORDER OF DISMISSAL

On this day, the Court considered the Joint Stipulation of Dismissal submitted by Plaintiff MAGDA I. REYES and Defendant FIESTA MART, LLC, and finds that the parties' request has merit and should be GRANTED.

It is therefore, ORDERED that all claims and causes of action, asserted by Plaintiff MAGDA I. REYES against Defendants FIESTA MART, LLC, in the above-entitled action are DISMISSED with prejudice and that costs of court be assessed against the party incurring the same.

This order is final and all relief not expressly granted is DENIED.

ENTERED October 4, 2024.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE